# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ICEL ROBERT VIANT, *and all others similarly situated under 29 U.S.C. § 216(b)*, | ) ) ) | 15-cv-20950-MGC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| SOL EXPRESS, INC., ISMAEL CORZO, JR., | ) ) ) | |
| Defendants. | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
SOL EXPRESS, INC.
Registered Agent: Ismael Corzo, Jr.
99 NW 183rd Street, #224C4
Miami Gardens, FL 33169

1858 NW 2 Ave #905

DATE SERVED 3/18/15
TIME 6 PM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/9/2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

*15- 20913*

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sol Expresso, Inc
was received by me on *(date)* 3/9/15.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lionel Carro Jr , who is
designated by law to accept service of process on behalf of *(name of organization)*
Sol Expresso, Inc on *(date)* 3/18/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 3/18/15

_____
Server's signature

Perry Parang
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ICEL ROBERT VIANT, *and all others similarly situated under 29 U.S.C. § 216(b)*,<br><br>Plaintiffs,<br>vs.<br><br>SOL EXPRESS, INC.,<br>ISMAEL CORZO, JR.,<br><br>Defendants. | 15-cv-20950-MGC |

DATE 3/13/15
TIME 10 AM
BY [signature]

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
ISMAEL CORZO, JR.
99 NW 183rd Street, #224C4   18350 NW LAC #40
Miami Gardens, FL 33169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/9/2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

469

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
15-20950

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ismael Corro Jr__

was received by me on *(date)* __3/9/16__ .

☑ I personally served the summons on the individual at *(place)* __18350 NW 2 Ave__
__Miami, FL__ on *(date)* __3/18/16__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __20.00__ for travel and $ __20.00__ for services, for a total of $ __40.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/18/16__

_____
Server's signature

Perry Parang
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc: