UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ICEL ROBERT VIANT

    PLAINTIFF(S)

v.

SOL EXPRESS, INC., et al.,

    DEFENDANT(S).

CASE NUMBER
   1:15−cv−20950−MGC

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Sol Express, Inc.**
**Ismael Corzo, Jr.**

as of course, on the date May 15, 2015.

    STEVEN M. LARIMORE
    CLERK OF COURT

    By  /s/ *Alex Rodriguez*
    Deputy Clerk

cc: Judge Marcia G. Cooke
    Icel Robert Viant

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV−37 (10/01)